UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                      CASE NO: 2:14-cr-30-FtM-38CM

VICTOR DERAS-GUZMAN

### DEFENDANT'S MOTION TO WAIVE PRE-SENTENCE INVESTIGATION

This matter comes before the Court on the Defendant's Motion to Waive Pre-Sentence Investigation (Doc. #27) filed on July 28, 2014.  Defense Counsel moves the Court to waive the preparation of a Presentence Investigation Report (PSR) and expedite sentencing. The Court, having reviewed the motion, is not inclined to waive the PSR requirement as it is a vital compilation of information useful to the Court in sentencing Defendants.  The Court will, however, consider an expedited scheduling of the sentencing hearing once Probation has prepared the PSR.  Accordingly, it is now

**ORDERED:**

The Waiver of Pre-Sentence Investigation Report (Doc. #27) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this July 29, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record